IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LOREN C. ALLIET,

                                                    ORDER

                Petitioner,

                                                    07-C-610-C

      v.

Stanley Corr. Inst. Warden,
PAMELA WALLACE and
Secretary of Corrections,
MATTHEW FRANK,

              Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Loren C. Alliet, a prisoner at the Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint. He requests leave to proceed <u>in forma pauperis</u>. A decision on the request will be delayed until petitioner makes an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Petitioner's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Petitioner's complaint was submitted on October 23, 2007. His trust fund account statement should cover the six-month period beginning approximately April 23, 2007 and

1

ending approximately October 23, 2007. Once petitioner has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that petitioner may have until November 19, 2007, in which to submit a trust fund account statement for the period beginning approximately April 23, 2007 and ending approximately October 23, 2007. If, by November 19, 2007, petitioner fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and the clerk of court is directed to close this file without prejudice to petitioner's filing his case at a later date.

Entered this 30th day of October, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge